FILED & ENTERED

JUL 24 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY zick        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>VALLEY HEALTH SYSTEM,<br><br>                Debtor.<br><br>JAN REICHARDT, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>THE VALLEY HEALTH SYSTEM RETIREMENT PLAN, et al.,<br><br>                Defendants. | Case No. 6:07-bk-18293-PC<br><br>Adversary No. 6:14-ap-01236-PC<br><br>Chapter 9<br><br>**ORDER ON METROPOLITAN LIFE INSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT**<br><br>Date: June 11, 2015<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>        Courtroom # 201<br>        1415 State Street<br>        Santa Barbara, CA 93103 |

        Based upon the findings of fact and conclusions of law contained in the Memorandum Re: Plaintiffs' Motion for Remand and Metropolitan Life Insurance Company's Motion for Judgment on the Pleadings, or in the Alternative, Summary Judgment of even date herewith, it is

        ORDERED that a determination of Metropolitan Life Insurance Company's Motion for Judgment on the Pleadings or, in the Alternative, Summary Judgment is stayed, absent further order of this court, pending final adjudication of the substantive issues appealed in Adversary

No. 6:10-ap-01566-PC, <u>Kirton, et al. v. Valley Health Systems, et al.</u>, on March 6, 2011, affirmed by the United States Bankruptcy Appellate Panel in <u>Kirton v. Valley Health Sys. (In re Valley Health Sys.)</u>, 2015 WL 777685 (9th Cir. BAP 2015), and currently pending on appeal before the Ninth Circuit Court of Appeals under Case No. 15-60023.

###

Date: July 24, 2015

Peter H. Carroll
United States Bankruptcy Judge